■ In the Matter of FRED NERI, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Appeal unanimously dismissed as moot. (Appeal from judgment of Supreme Court, Wyoming County, Ricotta, J. — art 78.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Moule, JJ.

■ In the Matter of WILLIAM CIUROS, JR., as Commissioner of Corrections of the County of Onondaga, Respondent, v PATRICK A. DUNBAR, Appellant. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Stone, J. (see Matter of Von Holden v Chapman, 87 AD2d 66). Respondent's oral application for a further stay denied. (Appeal from order of Supreme Court, Onondaga County, Stone, J. — compel medical treatment.) Present — Hancock, Jr., J. P., Denman, Boomer, Green and Schnepp, JJ. [Order entered May 12, 1983.]

■ In the Matter of JACQUELINE YACCO, Appellant, v BENTON A. DURLEY, III, Respondent. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Oneida County Family Court, Pomilio, J. — custody.) Present — Dillon, P. J., Doerr, Denman, Green and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S. TYRAN, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see People v Crawford, 71 AD2d 38). (Appeal from judgment of Niagara County Court, DiFlorio, J. — rape, first degree, and sodomy, first degree.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ JOHN A. McHUGH, Respondent, v LINDA S. McHUGH, Appellant. — Order unanimously affirmed, without costs. Memorandum: Defendant wife appeals from an order at Special Term which awarded temporary custody of the two children of the marriage to the plaintiff. Under the circumstances presented here, we hold that the course defendant should properly have followed, as we have repeatedly held in appeals from awards of temporary maintenance in matrimonial cases, was to press for immediate trial of the issue by way of a motion for a preference (see Cloutier v Cloutier, 94 AD2d 974; Sterlace v Sterlace, 63 AD2d 450, 453-454; Vesper v Vesper, 46 AD2d 729). (Appeal from order of Supreme Court, Niagara County, Hannigan, J. — temporary custody.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ JOHN J. HUBE, Appellant, v PEPSI COLA BUFFALO BOTTLING CORP., Respondent. — Order and judgment unanimously affirmed, without costs, for reasons stated at Special Term, Mintz, J. (Appeal from order and judgment of Supreme Court, Erie County, Mintz, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ SYKES DATATRONICS, INC., Appellant, v MOSCOM CORPORATION et al., Respondents. — Order unanimously affirmed, with costs, for reasons stated at Special Term, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J. — disqualify attorney.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.